# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX, CRIMINAL TERM -- Part 17

---

THE PEOPLE OF THE STATE OF NEW YORK

ORDER

-against-                                      Ind.  **1219-2015**

**RESTITUYO, AYLYN**
                Defendant

---

**ALVARADO, J.**

    The motion of **Aylyn Restituyo** to vacate judgment pursuant to C.P.L. 440.10(1)(h), having been received by this Court, and the petitioner having appeared through counsel, **Justine Luongo, Esq.** on September 24, 2021, and the Bronx County District Attorney's Office, having consented to the relief requested, and the Court having heard the argument of counsel, and due deliberation having been had thereon, it is

    1) ORDERED, ADJUDGED AND DECREED that the conviction of said petitioner on 4 April 2018 for P.L. 220.39(1) (and related counts under this indictment, if any), is vacated pursuant to C.P.L. § 440.10(1)(h) because the defendant was denied due process of law, violative of the New York State and the United States Constitutions; it is further

    2) ORDERED, ADJUDGED AND DECREED that the indictment is dismissed, and the conviction of said petitioner is expunged from the criminal history of said petitioner.

DATED:    Bronx, New York
                September 24, 2021

                                                    _____
                                                    Hon. Efrain Alvarado
                                                    A.J.S.C.

                                                    HON. EFRAIN ALVARADO