LAW OFFICE OF RUDY VELEZ & ASSOCIATES
930 GRAND CONCOURSE, STE 1A
BRONX, NY 10451
(917) 674-0573
RVESQ@YAHOO.COM

June 10, 2025

BY ECF
Honorable Jennifer H. Rearden
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: **Aylve Restituyo et al. v. City of New York, et al. 24-cv-4939 (JHR)**

**Your Honor:**

I am Counsel for plaintiff in the above-entitled action. I write to inform the Court that the parties have reached a settlement.

Thank you for your attention and consideration herein.

Very truly yours

Rudy Velez, Esq

**CC: BY ECF**
**All Attorneys of record**

A